1  Bobby A. Ghajar (SBN 198719)
   Kelly W. Craven (SBN 248050)
2  HOWREY LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, CA 90071
   Telephone:    (213) 892-1800
4  Facsimile:    (213) 892-2300
   Email: ghajarb@howrey.com
5  Email: cravenk@howrey.com

6  James R. Cady (SBN 213377)
   HOWREY LLP
7  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
8  Telephone:    (650) 798-3500
   Facsimile:    (650) 798 3600
9  Email: cadyj@howrey.com

10  Attorneys for Plaintiff, PayPal, Inc.

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  PayPal, Inc., a Delaware corporation,        Case No.

15                  Plaintiff,            **COMPLAINT FOR DAMAGES AND INJUNCTIVE
                                          RELIEF**
16          vs.
                                          **DEMAND FOR JURY TRIAL**
17
    PayPay, Inc., a Delaware corporation; PayPay
18  S.a.r.l., a Luxembourg corporation;
    WorldClearing US LLC, a Delaware Limited
19  Liability company; WorldClearing US LLC, a
    California Limited Liability company; and
20  WorldClearing Holding, Inc., a Seychelles
    corporation,
21
22                  Defendants.
23

24          Plaintiff PayPal, Inc. ("PayPal") alleges as follows:

25          1.      PayPal brings this trademark infringement, trademark dilution, and unfair competition

26  lawsuit against Defendant PayPay, Inc. and its affiliates' ("PayPay") unauthorized use of the nearly

27  identical trademark and trade name PAYPAY. As discussed below, PayPay has taken one of the

28
                                            -1-

Complaint for Damages and Injunctive Relief

**E-Filing**

1 world's most recognized brands in the field of online payment processing, changed a single letter, and
2 is attempting to offer services identical to those offered by PayPal, to the same consumers, and through
3 the same marketing and trade channels. PayPay's actions have caused, and are likely to continue to
4 cause, confusion as to whether PayPal is the source or sponsor of PayPay's products and services, or
5 that there is an association between PayPal and PayPay, when none exists. PayPay's actions are also
6 causing, or are likely to cause, dilution of the famous PAYPAL® trademark. PayPal seeks injunctive
7 relief and damages under the federal Lanham Act (15 U.S.C. §§ 1051, *et seq.*), the California Business
8 and Professions Code, and the common law doctrines of passing off and unfair competition.

9 **I.    THE PARTIES**

10     2.    Plaintiff PayPal, Inc. is a Delaware corporation having its principal place of business at
11 2211 North First Street, San Jose, California. PayPal's European headquarter is located at 22/24
12 Boulevard Royal, 5th Floor, L-2449 Luxembourg. PayPal is one of the world's foremost online
13 payment processing services companies.

14     3.    Upon information and belief, Defendant PayPay, Inc. is a Delaware corporation with its
15 business address at 1230 Avenue of the Americas, Floor 7, New York, NY 10020. According to the
16 New York Secretary of State, PayPay has also registered as a foreign business corporation in New
17 York. PayPay also maintains offices in California.

18     4.    Upon information and belief, Defendant PayPay S.a.r.l. is a Luxembourg corporation
19 having its principal place of business at 26 Boulevard Royal, L-2449, Luxembourg, was formed by
20 PayPay, Inc. to serve as its international headquarters, and is conducting business in California,
21 including this district, via the internet and through its corporate relationship with PayPay and its
22 officers, and is likewise part of the group responsible for the acts complained of in this Complaint.

23     5.    Upon information and belief, Defendant WorldClearing US LLC is a Delaware Limited
24 Liability company having its principal place of business at 3511 Silverside Road, Suite 105,
25 Wilmington, Delaware 19810 ("WorldClearing Delaware").

26

27

28

-2-

Complaint for Damages and Injunctive Relief

1    6.    Upon information and belief, Defendant WorldClearing US LLC is also a California

2  Limited Liability company having its principal place of business at 50 California Street, Suite 1500,

3  San Francisco, California 94111. ("WorldClearing California").

4    7.    Upon information and belief, Defendant WorldClearing Holding, Inc. is a Seychelles

5  corporation having its principal place of business at Trinity House, Albert Street, P.O. Box 1402,

6  Victoria, Mahe, Seychelles, and is conducting business in California, including this district, via the

7  internet and through its corporate relationship with PayPay, WorldClearing US LLC, and their officers,

8  and is likewise part of the group responsible for the acts complained of in this Complaint.

9  **II.    JURISDICTION AND VENUE**

10    8.    This Court has personal jurisdiction over Defendants because they conduct or have

11  conducted business in the State of California, over the internet reaching United States commerce, and,

12  on information and belief, within this judicial district. Further, upon information and belief,

13  Defendants PayPay, Inc. and WorldClearing US LLC maintain offices in the state of California; the

14  latter is incorporated in California with its principal place of business in the city of San Francisco.

15    9.    This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121 and 28 U.S.C.

16  §§ 1331 and 1338(a) and (b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over

17  PayPal's claims under California law.

18    10.    Venue is proper in this district under 28 U.S.C. §1391.  PayPal is informed and believes

19  that Defendants transact business in or solicit business from this district and may otherwise be found

20  here, and a substantial part of the events giving rise to this litigation, including the injury to PayPal,

21  occurred in the Northern District of California.

22  **III.    INTRADISTRICT ASSIGNMENT**

23    11.    This is an intellectual property action and therefore shall be assigned on a district-wide

24  basis per Civil L.R. 3-2(c).

25

26

27

28

-3-

Complaint for Damages and Injunctive Relief

1                                    **COMMON ALLEGATIONS**

2   **IV.   PAYPAL'S BUSINESS AND ITS MARKS**

3           12.    Founded in 1998, PayPal, Inc. is one of the world's top online payment processing
4   service companies. PayPal prides itself in being the more secure, safer, easier way to pay and get paid
5   online. In most countries around the world, PayPal's customers can pay through credit cards or account
6   balances, and in some countries, through bank accounts or buyer credit – without exposing their
7   financial information to merchants.

8           13.    Since 1999, PayPal has continuously, prominently, and conspicuously used the coined
9   and distinctive mark PayPal® in interstate commerce in the United States in connection with its
10  services.

11          14.    PayPal's primary website, which it has operated since July 1999, is located at
12  www.paypal.com. A true and correct copy of the home page for the www.paypal.com website is
13  attached hereto as Exhibit A. The www.paypal.com website generates, on average, nearly 900,000
14  unique page views per day.

15          15.    PayPal users have opened more than 150 million accounts with over 70 million active
16  accounts worldwide, servicing 190 markets. Many of the top online retailers accept PayPal as a
17  method of payment, alongside Visa®, American Express®, and MasterCard®.

18          16.    PayPal has devoted substantial resources to advertise and promote its services and
19  products under the PAYPAL mark, which embodies the substantial goodwill that PayPal has earned as
20  a result of providing high quality services and products. PayPal's advertisements and promotions have
21  appeared on many global sites on the Internet, including throughout the world-famous eBay.com
22  website.

23          17.    PayPal's services enjoy widespread reputation as high-quality, secure, reliable, and
24  user-friendly online payment options, both in the United States and internationally. PayPal is featured
25  as an online payment solution by countless top names in online retail and ticket sales.

26          18.    PayPal has received numerous awards for excellence from the internet industry and the
27  business community, including awards from Time Magazine (Best Cybertech 2000), U.S. News &

28
                                             -4-

Complaint for Damages and Injunctive Relief

1   World Report (Best of the Web), and PC Magazine (Top 100 Web Sites), as well as awards received

2   over multiple years from the Webby Awards in the categories of Best Financial Services Site and the

3   Webby People's Voice Awards for Best Financial Services Site, as well as a CNET Webware 100 in

4   the categories of commerce and productivity.

5       19.    In addition to PayPal's extensive common law rights in the trade name PayPal and the

6   PAYPAL word mark, PayPal owns multiple federal U.S. registrations for the PAYPAL word mark,

7   including, but not limited to:

8       (a)    U.S. Trademark Registration No. 2,646,490 issued on November 5, 2002 for the mark

9   PAYPAL for use in connection with "clearing and reconciling financial transactions via a global

10  computer network; providing a wide variety of banking services and providing financial services,

11  namely, credit card services, processing and transmission of bills and payments thereof, and insurance

12  for financial transactions conducted via global computer network" in International Class 36. This

13  registration, duly and legally issued by the United States Patent and Trademark Office, is valid,

14  subsisting, and incontestable pursuant to 15 U.S.C. § 1065. PayPal uses the notice of registration, "®,"

15  with its PAYPAL mark pursuant to 15 U.S.C. § 1111. A true and correct copy of this registration is

16  attached hereto as Exhibit B.

17      (b)    U.S. Trademark Registration No. 2,879,561 issued on August 31, 2004 for the mark

18  PAYPAL for use in connection with "mouse pads" in International Class 9, "money clips made of

19  antique silver" in International Class 14, "mugs" in International Class 21, and "clothing, namely, t-

20  shirts, jackets and hats" in International Class 25. This registration, duly and legally issued by the

21  United States Patent and Trademark Office, is valid and subsisting. PayPal uses the notice of

22  registration, "®," with its PAYPAL mark pursuant to 15 U.S.C. § 1111. A true and correct copy of

23  this registration is attached hereto as Exhibit C.

24      (c)    U.S. Trademark Registration No. 2,959,971 issued on June 7, 2005 for the mark

25  PAYPAL for use in connection with "computer software for processing electronic payments to and

26  from others that may be downloaded from a global computer network and/or recorded on computer

27  media; authentication software that may be downloaded from a global computer network and/or

28

-5-

1  recorded on computer media" in International Class 9. This registration, duly and legally issued by the

2  United States Patent and Trademark Office, is valid and subsisting. PayPal uses the notice of

3  registration, "®," with its PAYPAL mark pursuant to 15 U.S.C. § 1111. A true and correct copy of

4  this registration is attached hereto as Exhibit D.

5       (d)     U.S. Trademark Registration No. 3,069,209 issued on March 14, 2006 for the mark

6  PAYPAL for use in connection with "magnetically encoded credit cards" in International Class 9.

7  This registration, duly and legally issued by the United States Patent and Trademark Office, is valid

8  and subsisting. PayPal uses the notice of registration, "®," with its PAYPAL mark pursuant to 15

9  U.S.C. § 1111. A true and correct copy of this registration is attached hereto as Exhibit E.

10       20.     In view of the international expanse and reach of its business, PayPal owns numerous

11  trademark registrations for the PAYPAL word mark throughout the world, including, for example,

12  registrations in Algeria, Argentina, Australia, Azerbaijan, Belarus, Benelux, Bolivia, Bulgaria, Canada,

13  Chile, China, Columbia, Costa Rica, Czech Republic, Dominican Republic, Egypt, Estonia, European

14  Union (Community Trademark), Honduras, Hong Kong, Hungary, India, Indonesia, Iran, Israel,

15  Jamaica, Japan, Kyrgyzstan, Latvia, Liechtenstein, Lithuania, Malaysia, Mexico, Mongolia,

16  Montenegro, Morocco, New Zealand, Nicaragua, Norway, Peru, the Philippines, Poland, Qatar,

17  Romania, Russia, Saudi Arabia, Serbia, Singapore, Slovenia, South Korea, Switzerland, Taiwan,

18  Turkey, United Arab Emirates, Uruguay, and Vietnam. PayPal also owns numerous pending

19  trademark applications for the PAYPAL word mark in various jurisdictions around the world,

20  including Brazil, Cyprus, Ecuador, El Salvador, Guatemala, Kosovo, Kuwait, Panama, South Africa,

21  and Tajikistan.

22       21.     PayPal also uses its PAYPAL mark in a stylized format, consisting of mixed upper and

23  lower case lettering, and using capital letters "P" to emphasize the two words "Pay" and "Pal" that

24  comprise the mark. PayPal has used this stylization and capitalization scheme since its adoption in

25  2000, with the mark as it originally appeared shown below in Figure 1, and as it now appears shown in

26  Figure 2.

27

28

Complaint for Damages and Injunctive Relief

1

**PayPal**

**PayPal**

2                      Figure 1                         Figure 2

3       22.      PayPal is the owner of U.S. Trademark Registration No. 3680256 for PAYPAL in

4 stylized, two-tone format (as shown in Figure 2 above), issued on September 8, 2009, for use in

5 connection with "computer software for processing electronic payments and transferring funds to and

6 from others; authentication software for controlling access to and communications with computers that

7 may be downloaded from a global computer network and/or recorded on computer media;

8 magnetically encoded credit cards and payment cards; computer hardware security device, namely, a

9 non-predictable code calculator for accessing a host database computer" in International Class 9,

10 "paper and stationery items, namely, memo pads and pens; publications and printed materials, namely,

11 a series of instructional books and teaching materials in the field of clearing and reconciling financial

12 transactions via electronic communications networks; credit cards without magnetic coding" in

13 International Class 16, "containers for food or beverages, namely, tumblers, and plastic water bottles,

14 all sold empty" in International Class 21, "clothing, namely, shirts, T-shirts, jackets and headgear" in

15 International Class 25, "financial services, namely, electronic funds transfer via electronic

16 communications networks; clearing and reconciling financial transactions via electronic

17 communications networks; providing a wide variety of payment and financial services, namely, credit

18 card services, issuing credit cards and lines of credit, processing and transmission of bills and

19 payments thereof, bill payment services with guaranteed payment delivery, and brokerage of money

20 market funds, all conducted via a global communications network" in International Class 36, and

21 "dispute resolution services; providing financial fraud protection and prevention" in International Class

22 45. A true and correct copy of this registration is attached hereto as Exhibit F.

23       23.      PayPal also has common law rights in the stylized formats of its PAYPAL mark, and

24 uses its stylized mark in connection with its online payment processing services. PayPal also owns

25 numerous trademark registrations for the stylized two-tone PAYPAL mark throughout the world.

26 ///

27 ///

28

-7-

Complaint for Damages and Injunctive Relief

24.     Apart from its use of the word and stylized versions of its PAYPAL mark, PayPal has also used a logo consisting of a double "P" design to serve as a source indicator for its services. PayPal first adopted a stylized double "P" design in October 2002, as shown below in Figure 3, and now uses the stylized double P shown below in Figure 4.



Figure 3                                Figure 4

25.     In addition to its common law rights to the double "P" designs, PayPal is the owner of pending U.S. Trademark Application Serial No. 77/158,729 for its Double P logo in stylized, two-tone format (as shown in Figure 4 above), filed on April 17, 2007, for use in connection with "computer software for processing electronic payments and transferring funds to and from others; authentication software for controlling access to and communications with computers that may be downloaded from a global computer network and/or recorded on computer media; magnetically encoded credit cards and payment cards; wired and wireless computer peripherals; mouse pads; computer hardware security device, namely, a non-predictable code calculator for accessing a host database computer" in International Class 9, "paper and stationery items, namely, memo pads, paper postcards, bumper stickers, calendars, decorative stickers, decals and pens; publications and printed materials, namely, a series of instructional books and teaching materials in the field of clearing and reconciling financial transactions via electronic communications networks; credit cards without magnetic coding" in International Class 16, "containers for food or beverages, namely, mugs, tumblers, and plastic water bottles, all sold empty" in International Class 21, "clothing, namely, shirts, T-shirts, jackets and headgear, namely, hats" in International Class 25, "financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial transactions via electronic communications networks; providing a wide variety of payment and financial services, namely, credit card services, issuing credit cards and lines of credit, processing and transmission of bills and payments thereof, bill payment services with guaranteed payment delivery, and brokerage of money market funds, all conducted via a global communications network" in International Class 36, and

-8-

1   "dispute resolution services; providing financial fraud protection and prevention" in International Class

2   45.  The PTO has issued a Notice of Allowance for this mark.  A true and correct copy of the current

3   United States Patent and Trademark Office's electronic extract for this application is attached hereto as

4   Exhibit G.

5         26.    PayPal's stylized, two-tone Double P logo is also registered and protected in numerous

6   countries throughout the world.

7         27.    PayPal's business is international.  In July 2007, PayPal set up its European

8   headquarters in Luxembourg, at 22/24 Boulevard Royal, 5th Floor, L-2449 Luxembourg.

9         28.    In addition to its primary website at www.paypal.com, PayPal operates multiple

10   country-specific domain names for its online payment processing services around the world, including

11   Australia, Austria, Belgium, Canada, China, France, Germany, Hong Kong, Italy, Mexico, the

12   Netherlands, Poland, Spain, Ireland, Singapore, Switzerland, and the United Kingdom, and its services

13   are advertised in those markets.

14         29.    PayPal has used the PAYPAL word mark and stylized marks, as well as the stylized

15   double P logos (hereinafter collectively "the PAYPAL Marks") to reach customers throughout the

16   United States and the world.  The PayPal service is offered in numerous languages, supports payments

17   in eighteen currencies including U.S. Dollars, Canadian Dollars, Australian Dollars, Euros, Pounds

18   Sterling, Japanese Yen, Czech Koruna, Danish Krone, Hong Kong Dollars, Hungarian Forint, New

19   Zealand Dollars, Norwegian Krone, Polish Złoty, Singapore Dollars, Swedish Krona, Swiss Francs,

20   Mexican Pesos and Israeli Shekels, and is accessible from virtually any location around the globe using

21   the Internet.  In addition, PayPal users in 65 countries can receive funds quickly from anyone with an

22   email address and a Visa or MasterCard payment card in the 190 countries and regions around the

23   world.

24         30.    As a result of PayPal's widespread use of the PAYPAL Marks worldwide, extensive

25   advertising and promotion, continuous and unsolicited media coverage, the high degree of consumer

26   recognition of the PAYPAL mark, PayPal's vast customer base, and the uniqueness of the PAYPAL

27

28

Complaint for Damages and Injunctive Relief

1  mark in its field, among other factors, the PAYPAL mark is famous within the meaning of Section

2  43(c) of the United States Trademark Act, 15 U.S.C. 1125(c).

3  **V.    DEFENDANTS AND THEIR WRONGFUL ACTIVITIES**

4      31.    Upon information and belief, PayPay recently incorporated its PayPay business in the

5  United States. It first incorporated in Delaware under the name PayPay, Inc. in November 2008. In

6  January 2009, PayPay registered to do business in New York as a foreign business corporation. Most

7  recently, in February 2009, PayPay registered its company under the name PayPay S.a.r.l. in

8  Luxembourg and opened up an office at 26 Boulevard Royal, L-2449 Luxembourg, *right next* to

9  PayPal's Luxembourg offices at the next sequential address (22/24 vs. 26 Boulevard Royal).

10     32.    Upon information and belief, all of the Defendants are working in concert with one

11  another to market and sell the PAYPAY services in the United States. PayPay's own "Terms of Use"

12  defines "PayPay" as meaning "WorldClearing Holding, Inc. and WorldClearing Holding, Inc. o.z.

13  (SK) and WorldClearing US LLC (CA) and PayPay s?rl [sic]." The PayPay website further states that

14  users may receive funds from anyone, even those who do not have a PayPay account, so long as the

15  funds are transferred to a WorldClearing bank account. In addition, users can replenish their accounts

16  by "sending money transfer into the bank accounts of WorldClearing Group." PayPay account holders

17  based in the United States wishing to put funds into their PayPay accounts are specifically instructed to

18  set up payment to WorldClearing US LLC.

19     33.    On information and belief, WorldClearing US LLC holds and manages the U.S.-based

20  financial assets of PayPay. (https://www.paypay.com/index.php?wid=faq&country=228&lang=en).

21  Its website at www.worldclearing.com uses and depicts the PAYPAY mark and logo and designates

22  "PayPay" as one of its businesses.

23     34.    Upon information and belief, WorldClearing Holding is based in the Seychelles and

24  holds some of the assets and/or facilitates the transaction of PayPay's business worldwide.

25     35.    Upon information and belief, PayPay operates a banking and financial transaction

26  processing business under the name "PayPay," with its website located at www.paypay.com. A true

27

28

Complaint for Damages and Injunctive Relief

1   and correct copy of PayPay's homepage is attached hereto as Exhibit H, and a screen shot is replicated

2   below.  The URL locator box depicts a double "P" logo and identifies "WorldClearing US LLC (US)":



16      36.     According to PayPay's website, "PayPay is [a] payment system with features of [a]

17  wallet on the Internet and via your mobile phone.  You can send money to or receive from anybody's

18  mobile phone, email, PayPay account or bank account."  PayPay states that it was created "with a view

19  to simplify payments and money transferring worldwide" and that its "aim is to bring the customers the

20  easiest payment system as it gets [sic]."  *See*

21  https://www.paypay.com/?wid=about&country=228&lang=en).

22      37.     Upon information and belief, PayPay purportedly functions like PayPal; it allows

23  individuals and businesses with an email address and a bank account to open a PayPay account, fund

24  this account from their own bank account(s), and then make or receive payments, and send and receive

25  money, all either online or over mobile telephones.

26      38.     PayPal targets individuals and businesses that want or need to be able to make or accept

27  payments online in a secure manner, and promotes itself as being especially suited for online shopping

28

-11-

Complaint for Damages and Injunctive Relief

1   and buying at online auctions.  Upon information and belief, PayPay touts itself as an alternative to

2   other online payment systems.  Although it claims to be a secure means of handling online payment

3   transactions, the security it allegedly offers is countered by its clear caveat and warning to potential

4   account holders in the form of the following disclaimer:

6       **DISCLAIMER:** CREDIT CARD PAYMENTS INDUSTRY IS VERY PROFITABLE WITH HIGH POTENTIAL RISK. ALL CONCERNED PARTIES MUST FULFILL STRICT REQUIREMENTS. TO SIGN UP FOR ANY ACCOUNT SERVICE IS VOLUNTARY. YOU CANNOT DISPUTE THAT WE THWARTED YOUR AMBITIONS.

8       39.    PayPal recently discovered that PayPay was using the nearly identical name and mark

9   "PAYPAY" in connection with identical; services, and that PayPay had not only incorporated the

10  PayPay business in the U.S., but had also formed the company PayPay S.a.r.l. in Luxembourg, *right*

11  *next door* to PayPal's European headquarters.   As discussed below, that encroachment was hardly

12  coincidental.

13      40.    PayPay's trade name and service mark are unmistakably similar to PayPal's trademark

14  and trade name.  The marks are identical in terms of concept and presentation.  The marks are each six

15  letters long; the first five letters "PAYPA" are identical; each mark consists of two three letter words

16  each beginning with the letter P; and each mark consists of two syllables.  The PAYPAY mark is a

17  typographical misspelling of the PAYPAL mark.  Furthermore, PayPay uses the same upper and lower

18  case convention of capitalizing the P that forms the beginning of each of those words (PayPal v.

19  PayPay).

20      41.    In addition, PayPay has used a format for PAYPAY mark in a font that is nearly

21  identical to that used by PayPal, as shown below (compare Figures 5 and 6), along with the stylized

22  version shown in Figure 7:

**PayPal**              **PayPay**              

Figure 5                Figure 6                Figure 7

-12-

Complaint for Damages and Injunctive Relief

1    42.    Moreover, PayPay also uses a double P logo (Figure 9), just as PayPal has done in two
2  different formats since 2002 (Figure 8), as shown below:

3
4                                          
5                    Figure 8                          Figure 9

6    43.    PayPay itself has acknowledged that its trade name and trademark are very similar to
7  PayPal. On its website, in a section titled "All about PayPay," PayPay has a special page, titled "How
8  did we create the brand of PayPay," where it states "Regarding to [sic] similarity [of the PayPay name]
9  to other payment provider(s)…" in a vain attempt to explain why it selected a brand name so similar to
10  another online payment provider (*i.e.* PayPal).

11  (https://www.paypay.com/index.php?wid=brand&country=228&lang=en). PayPay simply looks past
12  all of the obvious similarities of its mark to other payment providers (presumably PayPal) and
13  summarily concludes that "there is a visual and color difference of our brand from other payment
14  providers." Removing any possible doubt that PayPay's above-reference to "other payment providers"
15  is to PayPal, PayPay very recently added an ineffective "Disclaimer" to the bottom of its home page at
16  www.paypay.com, which specifically mentions PayPal, Inc. *See* Exhibit H.

17    44.    PayPay does not own any federal or state registrations for the PAYPAY mark or double
18  P logo.

19    45.    There is no issue of priority of use. PayPal began using the PAYPAL mark years
20  before PayPay first incorporated or began to use the name and marks at issue. PayPal obtained its first
21  trademark registration for the PAYPAL mark and used and applied for registration of its first double
22  "P" logo before PayPay first incorporated and before PayPay began to use the name and marks at
23  issue.

24    46.    PayPay's services are identical to those offered by PayPal. Like PayPal, PayPay
25  describes itself as the safe and easy way to send and receive money. Both allow consumers to send
26  and receive money online and make and receive payments online using their respective services as
27  alternatives to credit card and other forms of payment. In addition, both services allow users to send

28

-13-

Complaint for Damages and Injunctive Relief

1 money to people around the world; to shop online without exposing or sharing personal financial
2 information; to download and use a plug-in application that enables users to shop at websites whether
3 or not those websites list PayPal or PayPay as a form of payment; and to receive payment from online
4 customers.

5      47.    PayPal is not only a global leader in online payment transaction processing, it has been
6 a trailblazer in offering its innovative alternative to traditional payment methods. Therefore, the name
7 and mark "PayPal" is unique in the payment transactions industry. Given PayPal's innovative method
8 of offering online payment transaction services, as well as its standing as a global leader in this field,
9 Defendants are trying to capitalize on PayPal's goodwill and reputation by moving into the same field
10 under a nearly identical trade name and mark.

11      48.    PayPay's alterations to the PAYPAL mark, along with PayPay's other actions described
12 above, merely emphasize the similarity to PayPal's famous PAYPAL marks, and falsely suggest to the
13 public an affiliation with PayPal and dilute the distinctiveness of the PAYPAL Marks.

14      49.    On information and belief, PayPay, in concert with Defendants, adopted the PAYPAY
15 name and mark with full knowledge of PayPal's use of the PAYPAL name and mark, and have been
16 using the PAYPAY name and mark without authority or approval of PayPal.

17      50.    Upon information and belief, Defendants chose and use the PayPay name and the
18 PayPay and double P logos on identical services, and opened an office in Luxembourg directly next
19 door to PayPal's office, all in an attempt to associate its banking and online payment processing
20 services with PayPal. Defendants' actions were willful and done with complete disregard of PayPal's
21 rights.

22      51.    Upon information and belief, PayPay's use of the PAYPAY name and mark has
23 resulted in actual confusion in the marketplace, and PayPay is well-aware of that confusion. PayPal's
24 Luxembourg office has even received mail intended to be delivered to PayPay's recently established
25 Luxembourg entity.

26

27

28

-14-

Complaint for Damages and Injunctive Relief

1     52.    Defendants' unauthorized use of the PAYPAY name and mark and the double "P" logo

2 in the manner described above:

3         (a)    is likely to cause confusion, to cause mistake, and/or to deceive customers and

4               potential customers of the parties, as to the origin, sponsorship, or approval of

5               PayPay's products and services, or as to some affiliation, connection, or

6               association of PayPay with PayPal;

7         (b)    enables PayPay to trade on and receive the benefit of goodwill PayPal built up at

8               great labor and expense over several years, and to gain acceptance for PayPay's

9               products and services not solely on their own merits, but on the reputation and

10               goodwill of PayPal, its trademarks, and its products and services;

11         (c)    is likely to dilute the distinctiveness of the famous PAYPAL mark; and

12         (d)    unlawfully removes from PayPal the ability to control the nature and quality of

13               products and services provided under its marks and places the goodwill and

14               valuable reputation of its PAYPAL name and mark in the hands of PayPay, over

15               which PayPal has no control.

16     53.    PayPal has been damaged and continues to be damaged by Defendants' unauthorized

17 use of the PAYPAY name and mark, and the acts described above.

18     54.    Unless these acts are restrained by this Court, they will continue to cause irreparable

19 injury to PayPal and to the public for which there is no adequate remedy at law.

20     55.    Despite PayPal's attempts to resolve the dispute amicably, PayPay has persisted in

21 using the PAYPAY name and mark, leaving PayPal no choice but to file this Complaint.

22
<br>
<strong>FIRST CAUSE OF ACTION</strong>

23
<strong>TRADEMARK INFRINGEMENT</strong>
<strong>(15 U.S.C. § 1114)</strong>

24

25     56.    PayPal realleges and incorporates herein by reference the matters alleged in Paragraphs

26 1 through 55 of this Complaint.

27

28

-15-

Complaint for Damages and Injunctive Relief

57.    The PAYPAY name and marks are nearly identical to the PAYPAL Marks in appearance, sound, meaning and commercial impression.  Both PayPal and PayPay offer identical services through the same channels of trade, namely the internet.  The parties both maintain websites: PayPal's website is located at www.paypal.com and was registered in 1999, while PayPay's website is located at the URL www.paypay.com, which was registered well after PayPal adopted its URL. PayPay has also emulated PayPal's use of a double P logo in the URL locator box on its website at paypay.com.

58.    PayPay is using the PayPay trade name and trademark in connection with the sale of its products and services without PayPal's consent.  PayPay had actual notice and knowledge, or had constructive notice, of PayPal's ownership, use, and registrations of the PAYPAL mark pursuant to 15 U.S.C. § 1072 prior to PayPay's adoption and use of the PayPay trade name and mark.

59.    On information and belief, PayPay is likely to expand the scope and nature of the services it offers under the PAYPAY name and mark.

60.    Given the uniqueness of the PayPal name in the field of online payment processing, PayPay's use of the nearly identical PAYPAY mark is likely to attract consumers to PayPay's services, causing both initial interest and actual confusion as to the source of PayPay's services and its relationship to PayPal.

61.    PayPay's unauthorized use of the PayPay trade name and marks falsely indicates to consumers that PayPay's products and services are in some manner connected with, sponsored by, affiliated with, or related to PayPal and the goods and services of PayPal.  PayPay's unauthorized use of the PayPay trade name and trademark is also likely to cause consumers to be confused as to the source, nature and quality of the products and services PayPay is promoting or selling.

62.    PayPay's unauthorized use of the PAYPAY name and mark in connection with the marketing and sale of its products and services allows, and will continue to allow, Defendants to receive the benefit of the goodwill established at great labor and expense by PayPal and to gain acceptance of PayPay's goods and services, not based on the merits of those goods or services, but on PayPal's reputation and goodwill.

-16-

Complaint for Damages and Injunctive Relief

1     63.    PayPay's unauthorized use of the PAYPAY name and mark in connection with the

2 marketing and sale of its goods and services deprives PayPal of the ability to control the consumer

3 perception of the quality of the goods and services marketed under the PAYPAL Marks, and places

4 PayPal's valuable reputation and goodwill in the hands of Defendants, over which PayPal has no

5 control. Any defects, objections, or faults found with Defendants' services marketed under the

6 PAYPAY name and mark could negatively reflect upon and injury the reputation that PayPal has

7 established for its services.

8     64.    PayPay's continued use of the PAYPAY name and mark will damage PayPal because

9 such use has caused confusion, and is likely to cause further confusion, or to cause mistake, or to

10 deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

11    65.    PayPal has been, is now, and will be irreparably injured and damaged by Defendants'

12 trademark infringement, and unless enjoined by the Court, PayPal will suffer further harm to its name,

13 reputation and goodwill. This harm constitutes an injury for which PayPal has no adequate remedy at

14 law.

15    66.    Defendants' infringement of the PAYPAL Marks is deliberate, willful, and fraudulent,

16 and constitutes a knowing use of the PAYPAL Marks. PayPal is therefore entitled to recover its actual

17 damages, enhanced damages, its attorneys' fees and costs incurred in this action, and prejudgment

18 interest.

19

20                          **SECOND CAUSE OF ACTION**
**FALSE DESIGNATION OF ORIGIN AND TRADE NAME INFRINGEMENT**
**(15 U.S.C. § 1125(A))**

21

22    67.    PayPal realleges and incorporates herein by reference the matters alleged in Paragraphs

23 1 through 66 of this Complaint.

24    68.    PayPay's use of the PayPay trade name and PAYPAY marks falsely suggests that its

25 products and services are connected with, sponsored by, affiliated with, or related to PayPal, and

26 constitutes a false designation of origin in violation of 15 U.S.C. § 1125(a).

27

28

-17-

Complaint for Damages and Injunctive Relief

1    69.    PayPal has been, is now, and will be irreparably injured and damaged by Defendants'

2  aforementioned acts, and unless enjoined by the Court, PayPal will suffer further harm to its name,

3  reputation and goodwill. This harm constitutes an injury for which PayPal has no adequate remedy at

4  law.

5    70.    Defendants' wrongful use of the PAYPAY name and marks is deliberate, willful, and

6  fraudulent, and constitutes a knowing use of a mark confusingly similar to the PAYPAL Marks.

7  PayPal is therefore entitled to recover its actual damages, enhanced damages, its attorneys' fees and

8  costs incurred in this action, and prejudgment interest.

9

10
**THIRD CAUSE OF ACTION**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(C))**

11

12    71.    PayPal realleges and incorporates herein by reference the matters alleged in paragraphs

1 through 70 of this Complaint.

13

14    72.    The PAYPAL® mark is widely recognized among the general consuming public,

including consumers, businesses and industry, and identifies the products and services of PayPal in the

15

minds of consumers.

16

17    73.    There are no significant ongoing uses of any marks highly similar to the PAYPAL mark

by others in the United States. PayPal actively polices against marks that infringe or dilute its marks.

18

19    74.    PayPay's unauthorized use of the PAYPAY name and trademark began after PayPal's

PAYPAL mark had become famous.

20

21    75.    The PAYPAY name and mark is nearly identical to the PAYPAL name and mark.

Thus, PayPay's unauthorized use of the PAYPAY trade name and trademark has had, and will

22

continue to have, an adverse effect upon the value and distinctive quality of the PAYPAL mark.

23

PayPay's acts blur, erode, and whittle away at the distinctiveness, prestige, and identity-evoking

24

quality of the PAYPAL mark. Furthermore, given consumers' sensitivity towards divulging financial

25

information, PayPal's hard-earned, longstanding name and reputation in the field of online transactions

26

processing will be tarnished by any missteps by PayPay.

27

28

-18-

Complaint for Damages and Injunctive Relief

1      76.     PayPay's acts have diluted and are likely to continue diluting the famous PAYPAL

2 mark in violation of 15 U.S.C. § 1125(c).

3      77.     PayPay willfully intended to trade on PayPal's image and reputation and to dilute the

4 PAYPAL trademark, acted with reason to know, or was willfully blind as to the consequences of its

5 actions.

6      78.     PayPal has been, is now, and will be irreparably injured and damaged by Defendants'

7 aforementioned acts, and unless enjoined by the Court, PayPal will suffer further harm to its name,

8 reputation and goodwill. This harm constitutes an injury for which PayPal has no adequate remedy at

9 law.

10
11
12

**FOURTH CAUSE OF ACTION**
**INJURY TO BUSINESS REPUTATION AND**
**DILUTION UNDER CALIFORNIA LAW**
**(CAL. BUS. & PROF. CODE §14247)**

13      79.     PayPal realleges and incorporates herein by reference the matters alleged in paragraphs

14 1 through 78 of this Complaint.

15      80.     The PAYPAL mark is distinctive and famous within the meaning of the California

16 Business and Professions Code.

17      81.     PayPay's unauthorized use of the PAYPAY trade name and trademark is likely to injure

18 PayPal's business reputation, and has diluted, and/or is likely to dilute, the distinctive quality of the

19 PAYPAL mark and trade name in violation of the California Business and Professions Code §14247.

20      82.     PayPay willfully intended to trade on PayPal's image and reputation and to dilute the

21 PayPal trademark, acted with reason to know, or was willfully blind as to the consequences of its

22 actions.

23      83.     PayPal has been, is now, and will be irreparably injured and damaged by PayPay's

24 aforementioned acts, and unless enjoined by the Court, PayPal will suffer further harm to its name,

25 reputation and goodwill. This harm constitutes an injury for which PayPal has no adequate remedy at

26 law.

27
28

-19-

84.     PayPal is therefore entitled to a judgment enjoining and restraining PayPay from

engaging in further acts of dilution pursuant to California Business and Professions Code § 14247.

### FIFTH CAUSE OF ACTION
### COMMON LAW PASSING OFF
### AND UNFAIR COMPETITION

85.     PayPal realleges and incorporates herein by reference the matters alleged in paragraphs

1 through 84 of this Complaint.

86.     Defendants' aforementioned actions, including but not limited to its unauthorized use of

the PayPay trade name and trademark, constitute passing off and unfair competition of the PAYPAL

mark in violation of the common law of California.

87.     Upon information and belief, Defendants engaged and continues to engage in such

actions in unfair competition and with the intention of interfering with and trading on the business

reputation and goodwill created by PayPal through its tireless efforts and investment.

88.     Defendants' wrongful acts have caused and will continue to cause PayPal irreparable

harm and competitive injury.  PayPal has no adequate remedy at law.

89.     Defendant's conduct has been willful and in reckless disregard of PayPal's rights.

90.     PayPal is entitled to a judgment enjoining and restraining Defendants from engaging in

further acts of infringement and unfair competition.

### SIXTH CAUSE OF ACTION
### UNFAIR COMPETITION
### (CAL. BUS & PROF. CODE § 17200)

91.     PayPal realleges and incorporates herein by reference the matters alleged in Paragraphs

1 through 90 of this Complaint.

92.     Defendants' acts described above constitute unfair competition in violation of

California Business and Professional Code § 17200 et seq., as they are likely to deceive the public.

93.     Defendants' acts of unfair competition have caused and will continue to cause PayPal

irreparable harm.  PayPal has no adequate remedy at law for Defendants' unfair competition.

Complaint for Damages and Injunctive Relief

1    94.    PayPal is entitled to a judgment enjoining and restraining Defendants from engaging in
2    further unfair competition.

3                                    **PRAYER FOR RELIEF**

4    WHEREFORE, PayPal prays for relief as follows:

5    1.    Entry of an order and judgment requiring that Defendants and their officers, agents,
6    servants, employees, owners and representatives, and all other persons, firms or corporations in active
7    concert or participation with it, be enjoined and restrained from (a) using the PayPay trade name,
8    trademark, and domain name, the double "P" logo, or any other confusingly similar name or mark; (b)
9    doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of
10   the public, or prospective customers of PayPal's products or services, as to the source of the products
11   or services offered for sale, distributed, or sold, or likely to deceive members of the public, or
12   prospective customers, into believing that there is some connection between PayPay and PayPal; and
13   (c) committing any acts which will tarnish, blur, or dilute, or likely to tarnish, blur, or dilute the
14   distinctive quality of the famous PAYPAL mark;

15   2.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1116(a), to file with this
16   Court and serve upon PayPal within thirty (30) days after entry of the injunction, a report in writing
17   under oath setting forth in detail the manner and form in which Defendants have complied with the
18   injunction, ceased all marketing and sales of goods and services under the PayPay trade name and
19   trademark as set forth above;

20   3.    A judgment ordering Defendants, pursuant to 15 U.S.C. § 1118, to deliver up for
21   destruction, or to show proof of said destruction or sufficient modification to eliminate the infringing
22   matter, all articles, packages, wrappers, products, displays, labels, signs, vehicle displays or signs,
23   circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids,
24   receptacles or other matter in the possession, custody, or under the control of Defendants or its agents
25   bearing the trademark and trade name PayPay in any manner, the double "P" logo, or any mark that is
26   confusingly similar to or a colorable imitation of this mark, both alone and in combination with other
27   words or terms;

28
                                          -21-

Complaint for Damages and Injunctive Relief

1      4.      A judgment ordering Defendants to take all steps necessary to cancel or remove the

2  tradename PayPay from the records of the Delaware Secretary of State, the New York Secretary of

3  State, and in any other states in which PayPay is licensed or registered to do business, and to otherwise

4  take all steps necessary to change PayPay's business name;

5      5.      A judgment ordering Defendants to take all steps necessary to cancel the domain name

6  www.paypay.com and to remove all references to the PayPay trade name and trademark from any of

7  its other websites, if any;

8      6.      A judgment ordering Defendants to account to PayPal any and all revenues and profits

9  that they have derived from its wrongful actions and to pay all damages that PayPal has sustained by

10  reason of the acts complained of herein;

11      7.      A judgment awarding PayPal enhanced damages under 15 U.S.C. §1117, its reasonable

12  attorneys' fees and costs of suit, prejudgment interest, and for Defendants' willful and wanton actions,

13  punitive damages against Defendants under state law; and

14      8.      A judgment granting PayPal such other and further relief as the Court deems just and

15  proper.

16  Dated:  September 23, 2009                    Respectfully submitted,

17                                               HOWREY LLP

18

19                                               By: _____

20                                                        Bobby A. Ghajar
                                                          Attorneys for Plaintiff
21                                                        PAYPAL, INC.

22

23

24

25

26

27

28

-22-

Complaint for Damages and Injunctive Relief

1    **DEMAND FOR JURY TRIAL**

2    Plaintiff PayPal hereby demands a trial by jury for all issues so triable.

3    Dated: September 23, 2009

                                     Respectfully submitted,
4

5                                    HOWREY LLP

6

7                                    By: _____
                                              Bobby A. Ghajar
8                                            Attorneys for Plaintiff
                                             PAYPAL, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       -23-

Complaint for Damages and Injunctive Relief

Exhibit A





Exhibit B

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 2,646,490**

**United States Patent and Trademark Office**   Registered Nov. 5, 2002

## SERVICE MARK
### PRINCIPAL REGISTER

## PAYPAL

CONFINITY, INC. (CALIFORNIA CORPORA-
TION)
349 UNIVERSITY AVENUE
SUITE 200
PALO ALTO, CA 94301

FOR: CLEARING AND RECONCILING FINAN-
CIAL TRANSACTIONS VIA A GLOBAL COMPUTER
NETWORK; PROVIDING A WIDE VARIETY OF
BANKING SERVICES AND PROVIDING FINAN-
CIAL SERVICES, NAMELY, CREDIT CARD SERVI-
CES, PROCESSING AND TRANSMISSION OF BILLS

AND PAYMENTS THEREOF, AND INSURANCE
FOR FINANCIAL TRANSACTIONS CONDUCTED
VIA GLOBAL COMPUTER NETWORK, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SN 75-982,715, FILED 7-19-1999.

ROBIN CHOSID, EXAMINING ATTORNEY

Exhibit C

Int. Cls.: 9, 14, 21 and 25

Prior U.S. Cls.: 2, 13, 21, 22, 23, 26, 27, 28, 29, 30, 33, 36, 38, 39, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,879,561
Registered Aug. 31, 2004

## TRADEMARK
## PRINCIPAL REGISTER

# PAYPAL

PAYPAL, INC. (DELAWARE CORPORATION)
303 BRYANT STREET
MOUNTAIN VIEW, CA 94041

FOR: MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2001; IN COMMERCE 6-0-2001.

FOR: MONEY CLIPS MADE OF ANTIQUE SILVER, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 6-0-2001; IN COMMERCE 6-0-2001.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-2001; IN COMMERCE 6-0-2001.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, JACKETS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-2001; IN COMMERCE 6-0-2001.

OWNER OF U.S. REG. NOS. 2,588,408 AND 2,646,490.

SER. NO. 78-295,648, FILED 9-3-2003.

TRACY FLETCHER, EXAMINING ATTORNEY

Exhibit D

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

## United States Patent and Trademark Office

**Reg. No. 2,959,971**

Registered June 7, 2005

### TRADEMARK
#### PRINCIPAL REGISTER

## PAYPAL

PAYPAL, INC. (DELAWARE CORPORATION)
2211 N. FIRST ST.
SAN JOSE, CA 95131

FOR: COMPUTER SOFTWARE FOR PROCES-SING ELECTRONIC PAYMENTS TO AND FROM OTHERS THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK AND/OR RE-CORDED ON COMPUTER MEDIA; AUTHENTICA-TION SOFTWARE THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK AND/OR RECORDED ON COMPUTER MEDIA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-21-2003; IN COMMERCE 8-21-2003.

SN 75-754,414, FILED 7-19-1999.

ROBIN CHOSID, EXAMINING ATTORNEY

Exhibit E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,069,209
Registered Mar. 14, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# PAYPAL

PAYPAL, INC. (DELAWARE CORPORATION)
2211 NORTH FIRST STREET
SAN JOSE, CA 95131

FOR: MAGNETICALLY ENCODED CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2001; IN COMMERCE 6-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,588,408, 2,646,490, AND 2,866,665.

SN 78-387,008, FILED 3-18-2004.

DAVID MURRAY, EXAMINING ATTORNEY

Exhibit F

Int. Cls.: 9, 16, 21, 25, 36, and 45

Prior U.S. Cls.: 2, 5, 13, 21, 22, 23, 26, 29, 30, 33, 36, 37, 38, 39, 40, 50, 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,680,256

Registered Sep. 8, 2009

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



PAYPAL, INC. (DELAWARE CORPORATION)
2211 NORTH FIRST STREET
SAN JOSE, CA 95131

FOR: COMPUTER SOFTWARE FOR PROCES-SING ELECTRONIC PAYMENTS AND TRANSFER-RING FUNDS TO AND FROM OTHERS; AUTHENTICATION SOFTWARE FOR CONTROL-LING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS THAT MAY BE DOWNLOADED FROM A GLOBAL COMPUTER NETWORK AND/OR RECORDED ON COMPUTER MEDIA; MAGNE-TICALLY ENCODED CREDIT CARDS AND PAY-MENT CARDS; COMPUTER HARDWARE SECURITY DEVICE, NAMELY, A NON-PREDICT-ABLE CODE CALCULATOR FOR ACCESSING A HOST DATABASE COMPUTER, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-7-2008; IN COMMERCE 9-7-2008.

FOR: PAPER AND STATIONERY ITEMS, NAME-LY, MEMO PADS AND PENS; PUBLICATIONS AND PRINTED MATERIALS, NAMELY, A SERIES OF INSTRUCTIONAL BOOKS AND TEACHING MATE-RIALS IN THE FIELD OF CLEARING AND RE-CONCILING FINANCIAL TRANSACTIONS VIA ELECTRONIC COMMUNICATIONS NETWORKS; CREDIT CARDS WITHOUT MAGNETIC CODING, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

FOR: CONTAINERS FOR FOOD OR BEVERA-GES, NAMELY, TUMBLERS, AND PLASTIC WA-TER BOTTLES, ALL SOLD EMPTY, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, JACKETS AND HEADGEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

FOR: FINANCIAL SERVICES, NAMELY, ELEC-TRONIC FUNDS TRANSFER VIA ELECTRONIC COMMUNICATIONS NETWORKS; CLEARING AND RECONCILING FINANCIAL TRANSACTIONS VIA ELECTRONIC COMMUNICATIONS NET-WORKS; PROVIDING A WIDE VARIETY OF PAY-MENT AND FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, ISSUING CREDIT CARDS AND LINES OF CREDIT, PROCESSING AND TRANSMISSION OF BILLS AND PAYMENTS THEREOF, BILL PAYMENT SERVICES WITH GUARANTEED PAYMENT DELIVERY, AND BROKERAGE OF MONEY MARKET FUNDS, ALL CONDUCTED VIA A GLOBAL COMMUNICATIONS NETWORK, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-7-2008; IN COMMERCE 9-7-2008.

FOR: DISPUTE RESOLUTION SERVICES; PRO-VIDING FINANCIAL FRAUD PROTECTION AND PREVENTION, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 9-7-2008; IN COMMER CE 9-7-2008.

OWNER OF U.S. REG. NOS. 2,588,408, 2,959,971, AND OTHERS.

SN 77-158,744, FILED 4-17-2007.

MICHAEL LITZAU, EXAMINING ATTORNEY

SN 77-158,744, FILED 4-17-2007.

MICHAEL LITZAU, EXAMINING ATTORNEY

Exhibit G



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 19 04:01:56 EDT 2009*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software for processing electronic payments and transferring funds to and from others; authentication software for controlling access to and communications with computers that may be downloaded from a global computer network and/or recorded on computer media; magnetically encoded credit cards and payment cards; wired and wireless computer peripherals; mouse pads; computer hardware security device, namely, a non-predictable code calculator for accessing a host database computer |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper and stationery items, namely, memo pads, paper postcards, bumper stickers, calendars, decorative stickers, decals and pens; publications and printed materials, namely, a series of instructional books and teaching materials in the field of clearing and reconciling financial transactions via electronic communications networks; credit cards without magnetic coding |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Containers for food or beverages, namely, mugs, tumblers, and plastic water bottles, all sold empty |
| | IC 025. US 022 039. G & S: Clothing, namely, shirts, T-shirts, jackets and headgear, namely, hats |
| | IC 036. US 100 101 102. G & S: Financial services, namely, electronic funds transfer via electronic communications networks; clearing and reconciling financial transactions via electronic communications networks; providing a wide variety of payment and financial services, namely, credit card services, issuing credit cards and lines of credit, processing and transmission of bills and payments thereof, bill payment services with guaranteed payment delivery, and brokerage of money market funds, all conducted via a global communications network |
| | IC 045. US 100 101. G & S: Dispute resolution services; providing financial fraud protection and prevention |

| | |
|---|---|
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | **77158729** |
| Filing Date | April 17, 2007 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | April 15, 2008 |
| Owner | (APPLICANT) PayPal, Inc. CORPORATION DELAWARE 2211 North First Street San Jose CALIFORNIA 95131 |
| Attorney of Record | Bobby A. Ghajar and James R. Cady |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit H

# PayPay Pay safe and easy



All about PayPay | FAQ | Send Money | PayPayPersonal | Receive Money | PayPayBusiness | PayPay Desktop | PayPayMaster | Merchant Tools

Login | Password | Log In | Sign Up

**Sign Up**

### Personal account
Shop online or send and receive money from your family and friends.

### Business account
Sell and accept credit cards and all other types of payments.

### Send or receive money for free
to any email address or PayPay account, worldwide. Send money to foreign bank accounts for **low fees**.

### Merchant Tools
You can use **Buy now button**, **Virtual Terminal**, **Drag & Drop payments**, **PayPayCode** and other to get paid.

### Secure shopping & payments
pay securely to other verified PayPay users and shop without sharing your financial information.

Sell anywhere
get paid through **Money Request** easy and fast for sold items on **BuyBrowser** or any other website.

**PayPayQuick**

Enter PayPayCode, Email or SMS payment order and send money faster!   **PayPay!**

## FAQ - Frequently Asked Questions

Who can open PayPay Account

What can I do with my PayPay account

How do I fund my PayPay account

... more

### Drag & Drop Shopping ®
Use PayPayDesktop for remote connection with your PayPay accounts, faster money orders, shopping or SMS sending.



**PayPayDesktop**
[Download Now!]

### OpenDrive
OpenDrive is a minute drive for your computer, that allows you to store, share or back up files from your computer on the internet.

**OpenDrive**

About | FAQ | PayPay Countries | Contact Center | Fees | Terms of Use | Exchange Rates | Feedback



Your country  United States

Your language  english

Our other websites: BOSSIP | BuyBrowser | OpenDrive
Copyright © 2003 - 2009 PayPay, Inc.
1230 Avenue of the Americas, Rockefeller Center, New York, NY 10020
PayPay is not related to and has no affiliation with PayPal.
All rights reserved.