1  Bobby A. Ghajar (SBN 198719)
   Kelly W. Craven (SBN 248050)
2  HOWREY LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, CA 90071
   Telephone:    (213) 892-1800
4  Facsimile:    (213) 892-2300
   Email: ghajarb@howrey.com
5  Email:  cravenk@howrey.com

6  James R. Cady (SBN 213377)
   HOWREY LLP
7  1950 University Avenue, 4th Floor
   East Palo Alto, CA  94303
8  Telephone:    (650) 798-3500
   Facsimile:    (650) 798 3600
9  Email:  cadyj@howrey.com

10 Attorneys for Plaintiff, PayPal, Inc.

11

12               IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    (SAN FRANCISCO DIVISION)

15 PayPal, Inc., a Delaware corporation,          Case No. CV09 4494 EMC

16              Plaintiff,                                        AMENDED

17        vs.                                        **UNOPPOSED MOTION AND [PROPOSED]
                                                     ORDER CONTINUING THE CASE
18                                                   MANAGEMENT CONFERENCE**

19 PayPay, Inc., a Delaware corporation; PayPay
   S.a.r.l., a Luxembourg corporation;
20 WorldClearing US LLC, a Delaware Limited
   Liability company; WorldClearing US LLC, a
21 California Limited Liability company; and
   WorldClearing Holding, Inc., a Seychelles
22 corporation,

23              Defendants.

24

25

26

27

28

1    Plaintiff PayPal, Inc., through its undersigned counsel, hereby requests a brief continuance of

2    the Case Management Conference to February 10, 2010.

3    The Court's scheduling order set an initial Case Management Conference for January 6, 2010

4    at 1:30 p.m.  The parties are presently discussing the possibility of a settlement and entry of a

5    stipulated judgment, which might obviate the need for the Case Management Conference.  Given the

6    holiday season, it has been difficult to fully complete those discussions.  In the meantime, Defendants

7    have not yet entered any appearance, filed an answer or response to Plaintiff's complaint, and have not

8    formally retained counsel.

9    In view of the circumstances, the parties request a continuance so that the Case Management

10   Conference shall be delayed until February 10, 2010, or as soon thereafter as this matter can be heard,

11   and the Rule 26 conference and disclosures shall occur in accordance with the new initial Case

12   Management Conference date.

13   The parties shall meet and confer and submit a proposed scheduling order in accordance with

14   this order in advance of the new Case Management Conference.

15   Counsel for Plaintiff obtained consent to this continuance from Defendants' CEO, Mr. Xavier

16   Roy, who indicated that Defendants will not oppose the request for continuance.

17
     Dated:  December 24, 2009                    Respectfully submitted,
18

19                                                HOWREY LLP
                                                  By:   /s/ Bobby A. Ghajar
20                                                Bobby A. Ghajar
                                                  Attorneys for Plaintiff
21                                                PAYPAL, INC.

22   **IT IS SO ORDERED.**

                                                                                    10
23   For good cause shown, the Case Management Conference shall be continued until February 8, 2010 at

24   1:30pm.    A joint cmc statement shall be filed by February 3, 2010.

     Date: _____1/8/10_____    _____
25                                                    Hon. Edward M. Chen

26

27

28